UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                          )
Jeanne M. Button                  )         CHAPTER 13
Debtor                                      )         CASE NO. 14-41117-HJB
                                                 )

## MOTION TO AMEND PETITION

Now comes Jeanne Button (hereinafter "Debtor") by and through her attorney, James P. Ehrhard, and respectfully requests that she be allowed to amend her petition as follows:

## SCHEDULE I - CURRENT INCOME

Modified to reflect the current income of the Debtor.

## SCHEDULE J - CURRENT EXPENDITURE

Modified to reflect the current expenses of the Debtor.

## STATEMENT OF FINANCIAL AFFAIRS

Modified to reflect the correct date Debtor paid retainer to the undersigned counsel.

The Debtor is also filing an Amended Summary of Schedules with this Motion.

WHEREFORE the Debtor respectfully requests this Honorable Court approve this motion.

Respectfully submitted,
Jeanne M. Button
By her attorney,

/s/ James P. Ehrhard
James P. Ehrhard, Esq.
BBO # 651797
Ehrhard & Associates, P.C.
418 Main Street, 4th Floor
Worcester, MA 01608
(508) 791-8411
ehrhard@ehrhardlaw.com

Dated:  August 13, 2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: )
Kostas Drosos ) CHAPTER 7
Debtor ) CASE NO. 14-41091-MSH
_____ )

# **CERTIFICATE OF SERVICE**

I, James P. Ehrhard, do hereby certify that upon receipt of the notice of electronic service, I will immediately serve a copy of the Motion to Amend Petition to the parties listed below via first class mail if not noted as having received electronic service:

Richard King: VIA ECF

John Burdick: VIA ECF

Lisa Tingue: VIA ECF

/s/ James P. Ehrhard
James P. Ehrhard, Esq.

Dated:  August 13, 2014

Alliant Foodservice, Inc.
C/O Joseph A. Croce
147 Broadway
Taunton, MA 02780

Alliant Foodservice, Inc.
C/O Joseph A. Croce
147 Broadway
Taunton, MA 02780

AT&T Universal Card
PO Box 6500
Sioux Falls, SD 57117-6500

AT&T Universal Card
PO Box 6500
Sioux Falls, SD 57117-6500

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Chase
PO Box 24696
Columbus, OH 43224

Chase
PO Box 24696
Columbus, OH 43224

CP Media, Inc. D/B/A Community Newspaper
C/O Steven Kornstein
100 State Street
Boston, MA 02109

CP Media, Inc. D/B/A Community Newspaper
C/O Steven Kornstein
100 State Street
Boston, MA 02109

Daniels Law Office, P.C.
1250 Hancock Street, Ste 600N
Quincy, MA 02269

Daniels Law Office, P.C.
1250 Hancock Street, Ste 600N
Quincy, MA 02269

Lustig, Glaser & Wilson, P.C.
PO Box 549287
Waltham, MA 02454

Lustig, Glaser & Wilson, P.C.
PO Box 549287
Waltham, MA 02454

LVNV Funding, LLC
PO Box 10497
Greenville, SC 29603

LVNV Funding, LLC
PO Box 10497
Greenville, SC 29603

NATCO Corporation
C/O Laurence K. Richmond & Associates PC
1419 Hancock Street
Quincy, MA 02169

NATCO Corporation
C/O Laurence K. Richmond & Associates PC
1419 Hancock Street
Quincy, MA 02169

NC Two, L.P., Assignee Bank Of America
C/O Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803-4158

NC Two, L.P., Assignee Bank Of America
C/O Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803-4158

Portfolio Recovery Associates
120 Corporate Boulevard, Ste 100
Norfolk, VA 23502

Portfolio Recovery Associates
120 Corporate Boulevard, Ste 100
Norfolk, VA 23502

Richard Boudreau & Associates, LLC
5 Industrial Way
Salem, NH 03079

Richard Boudreau & Associates, LLC
5 Industrial Way
Salem, NH 03079

TD Bank
PO Box 219
Lewiston, ME 04243

TD Bank
PO Box 219
Lewiston, ME 04243